# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Cortez Cogshell | )<br>)<br>) Case No: 4:08CR357<br>) USM No: 28328-044 |
| Date of Previous Judgment: 11/21/2008<br>*(Use Date of Last Amended Judgment if Applicable)* | ) Lucy Liggett<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __77__ months **is reduced to** __60__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 15 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 77 to 96 months | Amended Guideline Range: | 60 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

This reduction is effective November 1, 2011, absent Congressional Action changing the proposed Guidelines Amendments or other order of this Court. The Court recommends that defendant be transferred to a halfway house for transition services as soon as possible.

Except as provided above, all provisions of the judgment dated __11/21/2008__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/31/2011

*Judge's signature*

Effective Date: 11/01/2011
*(if different from order date)*

Jean C. Hamilton, U.S. District Judge
*Printed name and title*